## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     :

     :

     v.      :      **CRIMINAL NO. 00-313-9**

     :

QUADRE JACOBS      :

USM# 54298-066      :

## O R D E R

AND NOW this _6th_ day of _April_ , 2015, pursuant to 18

U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the

parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 201

months, effective November 1, 2015.

BY THE COURT:

_____

The Honorable J. Curtis Joyner

Senior United States District Court Judge